THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THEODORE RANDELL, Appellant.

Submitted November 24, 1943; decided January 13, 1944.

*Robert Mitchell* for appellant.

*Frank S. Hogan, District Attorney (Richard G. Denzer* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.